IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJI DOMINIC RICHMOND, | No. C 15-00503 EJD (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Petitioner, a state prisoner at Correctional Training Facility in Soledad, California, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Ventura County which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(c)(2).

///

Order of Transfer
P:\PRO-SE\EJD\HC.15\00503Richmond_transfer.wpd

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 4/14/2015

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJI DOMINIC RICHMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN,<br><br>    Defendant. | Case No.  5:15-cv-00503-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/14/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenji Dominic Richmond
CTF NA-LB-305L
PO Box 705
Hwy 101 N.
Soledad, CA 93960

Dated: 4/14/2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Elizabeth C. Garcia
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA